IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY GOLDSTEIN and <br> MELISSA GOLDSTEIN <br>         Plaintiffs, <br><br> vs. <br><br> BISON BEDE LIMITED, <br><br> UNITED LIFT SERVICE <br> COMPANY, INC., and <br><br> JASON WARNER, <br>         Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 09-826 |

## O R D E R

**AND NOW**, this 27th day of August, 2009, upon consideration of Defendants, Bison Bede Limited and Jason Warner's, Motion to Dismiss (Document No. 2, filed July 1, 2009), plaintiffs' Reply to Defendants, Bison Bede Limited and Jason Warner's Motion to Dismiss (Document No. 4, filed July 29, 2009), and Defendants, Jason Warner and Bison Bede Limited's, Reply in Further Support of Their Motion to Dismiss (Document No. 5, filed August 10, 2009), **IT IS ORDERED** that Defendants, Bison Bede Limited and Jason Warner's, Motion to Dismiss is **GRANTED**, and the action against them is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the caption of the case is amended to delete reference to Bison Bede Limited and Jason Warner as defendants, leaving United Lift Service Company, Inc. as the sole defendant.

                                                        **BY THE COURT:**

                                                        /s/ Honorable Jan E. DuBois

                                                        **JAN E. DUBOIS, J.**