# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY GOLDSTEIN;** : | |
| **MELISSA GOLDSTEIN,** : | **CIVIL ACTION** |
| Plaintiffs : | |
| : | |
| v. : | |
| : | **NO. 09-826** |
| **UNITED LIFT SERVICE COMPANY,** : | |
| **INC.,** : | |
| Defendant. | |

## O R D E R

**AND NOW**, this 22nd day of October, 2010, following an assessment of damages hearing on March 31, 2010, a default having been entered on March 4, 2010, in consideration of the attached Findings of Fact and Conclusions of Law, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiffs, Larry Goldstein and Melissa Goldstein, and **AGAINST** defendant, United Lift Service Company, Inc., in the total amount of $40,299, plus interest on $15,299 at the lawful rate from October 24, 2007.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served by the Deputy Clerk on counsel for plaintiffs and on defendant, United Lift Service Company, Inc., at 2412 Egg Harbor Road, Lindenwold, New Jersey 08021-1431.

                                            **BY THE COURT:**

                                            **/s/ Hon. Jan E. DuBois**

                                            **JAN E. DUBOIS, J.**